

1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5               EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,          CASE NO.  1:18-MJ-00130-EPG

8                    Plaintiff,         ORDER TO UNSEAL ~~INDICTMENT~~

                                        Complaint
9          v.

10   AIDA CORONA,

11                   Defendant.

12

13        Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint

14   filed on July 2, 2018 be unsealed and become public record.

15

16   DATED:  8/9/18

                                        _____
17                                      The Honorable Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28